UNITED STATES DISTRICT COURT FILED '10 APR 02 13:16 USDC-ORE

DISTRICT OF OREGON

Portland Division

**VINCENT MILLARD**

      Plaintiff,

CV 08-1291-HO

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

~~PROPOSED~~ ORDER FOR EAJA FEES

      Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5037.94, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this 2nd day of April, 2010.

HON. MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Attorney for Plaintiff